UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAPPIE DEAN HOLMES<br>(A.K.A. "CHAPPIE DEAN HOLMES III"),<br><br>Defendant. | CASE NO.<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

TO:     HONORABLE ELLEN S. CARMODY
        UNITED STATES MAGISTRATE JUDGE
        WESTERN DISTRICT OF MICHIGAN

Now comes Austin J. Hakes, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1.      That on or about September 11, 2019, an Indictment was returned against defendant charging him with felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

2.      That the defendant is presently incarcerated at the Ottawa County Jail, and that he cannot be produced and appear before this Court for a hearing on September 16, 2019, at 2:00 p.m. without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, the Ottawa County Jail, and to each and all of

his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on September 16, 2019, at 2:00 p.m., and after the conclusion of this case that said defendant be returned to the Sheriff, Ottawa County Jail.

ANDREW BYERLY BIRGE
United States Attorney

AUSTIN J. HAKES
Assistant United States Attorney

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable September 16, 2019, at 2:00 p.m., for an initial appearance before the Honorable Ray Kent, United States Magistrate Judge in Grand Rapids, Michigan.

Dated: ___September 11, 2019___

Ellen S. Carmody
United States Magistrate Judge