UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 1:19–cr–223

v.                                      Hon. Janet T. Neff

CHAPPIE DEAN HOLMES,

    Defendant.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            October 24, 2019   01:30 PM
Magistrate Judge:   Phillip J. Green
Place/Location:       601 Federal Building, Grand Rapids, MI


                                                PHILLIP J. GREEN

Dated:  October 15, 2019       By:   /s/ Angie L. Doezema
                                              Courtroom Deputy