UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　　v.

CHAPPIE DEAN HOLMES,

　　　　　Defendant.

CASE NO. 1:19-CR-223

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

TO:　　HONORABLE PHILLIP J. GREEN
　　　　UNITED STATES MAGISTRATE JUDGE
　　　　WESTERN DISTRICT OF MICHIGAN

　　　　Now comes Austin J. Hakes, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

　　　　1.　　That on or about September 11, 2019, an Indictment was returned against defendant charging him with felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

　　　　2.　　That the defendant is presently incarcerated at the Ottawa County Jail, and that he cannot be produced and appear before this Court for a sentencing hearing on February 10, 2020, at 10:00 a.m., without an order of this Court.

　　　　WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, the Ottawa County Jail, and to each and all of

his assistants, to surrender the said defendant to the United States Marshal for the Western

District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids,

Michigan, and further directing the United States Marshal for the Western District of Michigan,

and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at

such other times and dates as the Court may decree, on February 10, 2020, at 10:00 a.m., and

after the conclusion of this case that said defendant be returned to the Sheriff, Ottawa County

Jail.

ANDREW BYERLY BIRGE
United States Attorney


AUSTIN J. HAKES
Assistant United States Attorney


**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable February 10, 2020, at 10:00 a.m., for a sentencing hearing before the Honorable Janet T. Neff, United States District Judge in Grand Rapids, Michigan.


Dated: _____      _____
PHILLIP J. GREEN
United States Magistrate Judge