UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
February 10, 2020 3:52 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: \_\_tlb \_ SCANNED BY: TB/ \_\_\_\_

2|10|20

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAPPIE DEAN HOLMES,

    Defendant.

    _____/

Case No. 1:19-cr-223

HON. JANET T. NEFF

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Drug testing
    No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2. You must participate in a program of testing and treatment for substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

3. You must not possess or be the primary user of any cellular telephone without prior permission from the probation officer. If given permission to use/possess a cellular telephone, you must provide the number to the probation officer, and the phone

must be maintained in your name or another name approved in advance by the probation officer.

4. You must provide the probation officer with your monthly cellular and home phone bills with each monthly report form and must report any cellular phone you have used or own on each report form.

5. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

6. You must not work in any type of employment without the prior approval of the probation officer.

I have reviewed and understand the above conditions of my sentence.

Dated: February 10, 2020

_____
Chappie Dean Holmes
Defendant

_____
Geoffrey Upshaw
Attorney for Defendant

IT IS SO ORDERED.

_____
JANET T. NEFF
United States District Judge

2