UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,                    No. 1:19-CR-223

          v.                        Hon. Janet T. Neff
                                      United States District Judge

CHAPPIE DEAN HOLMES,

          Defendant.

_____/

## FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. No third party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1.     That the following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

> a SCCY Industries, lLC (Skyy Ind.), Model CPX-2, 9mm semiautomatic pistol SN:060473 with one 10-round magazine, and five rounds of 9mm ammunition.

(the "Subject Property").

2.     That pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3.      That the Subject Property shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**


Dated: March 23, 2020                              /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge